■ In the Matter of Sophie I. Penepent, as Executrix of Francis Penepent, Deceased, for Dissolution of Penepent Corporation, Respondent. Richard S. Penepent, Appellant. (Appeal No. 16.) [605 NYS2d 989] —Order unanimously reversed on the law without costs and motion denied. Same Memorandum as in *Matter of Penepent* ([appeal No. 13] 198 AD2d 784 [decided herewith]). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Contempt of Court.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of Sophie I. Penepent, as Executrix of Francis Penepent, Deceased, for Dissolution of Penepent Corporation, Respondent. Richard S. Penepent, Appellant. (Appeal No. 17.) [605 NYS2d 989] —Appeal unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Reargument.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of Penepent Corporation, Inc. In the Matter of Sophie I. Penepent, as Executrix of Francis Penepent, Deceased, for Dissolution of Penepent Corporation, Respondent. Richard S. Penepent, Appellant. (Appeal No. 18.) [605 NYS2d 989] —Appeal unanimously dismissed without costs *(see, Goldsmith v Goldsmith,* 272 App Div 1011; *Doody v Leary,* 253 App Div 772). (Appeal from Order of Supreme Court, Genesee County, Morton, J.— Modification of Court Order.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ In the Matter of the Dissolution of Penepent Corporation, Inc. In the Matter of Sophie I. Penepent, as Executrix of Francis Penepent, Deceased, for Dissolution of Penepent Corporation, Respondent. Richard S. Penepent, Appellant. (Appeal No. 19.) [605 NYS2d 990] —Appeal unanimously dismissed without costs *(see, Goldsmith v Goldsmith,* 272 App Div 1011; *Doody v Leary,* 253 App Div 772). (Appeal from Order of Supreme Court, Genesee County, Morton, J.—Vacate Warrant.) Present—Green, J. P., Pine, Lawton, Fallon and Davis, JJ.

■ The People of the State of New York, Respondent, v Christopher Walker, Appellant. [605 NYS2d 726] —Judgment unanimously reversed on the law, motion granted and new trial granted. Memorandum: Defendant's conviction must be